UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>CODY R. SHIPLEY,<br><br>               Defendant. | Case No. MJ20-349-MLP<br><br>DETENTION ORDER |

<u>Offenses charged</u>:

    Count 1:    Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

<u>Date of Detention Hearing</u>: On June 16, 2020, the Court held a hearing via a WebEx videoconference, with the consent of Defendant Shipley, due to the exigent circumstances as outlined in General Order 08-20. This detention order is without prejudice to renewing once the court has reconstituted in-person hearings.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    1.    Upon advice of counsel, Defendant declined to be interviewed by Pretrial Services. Therefore, there is limited information available about him.

2. Defendant stipulated to detention.

3. Defendant poses a risk of nonappearance due to his history of failing to comply with court orders and history of failing to appear. Defendant poses a risk of danger due to his criminal history and the nature of the instant offense. There does not appear to be any condition or combination of conditions that will reasonably assure Defendant's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Defendant is confined shall deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

//

//

DETENTION ORDER - 2

1    DATED this 16th day of June, 2020.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3